UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BAYOU LAWN & LANDSCAPE SERVICES, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL NO. 12-183-MCR ) |
| HILDA L. SOLIS, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## STATUS REPORT

On February 21, 2012, the Department of Labor (DOL) published a final rule in the H-2B program involving new processing guidelines and other standards for the adjudication of H-2B labor certifications. *See* 77 Fed. Reg. 10,038 (Dep't of Labor) (Feb. 21, 2012). DOL identified April 23, 2012, as the effective date of the new rule. *Id*. On March 20, 2012, DOL published a guidance in the *Federal Register* stating that the new rule only applies to applications post-marked on or after April 23, 2012. *See* 77 Fed. Reg. 16,158 (Dep't of Labor) (Mar. 20, 2012).

On April 17, 2012, at a stakeholder meeting held at DOL's headquarters in Washington, D.C., the agency announced to the public that it is <u>delaying the operative date of the H-2B comprehensive rule until April 27, 2012</u>, to comply with the sixty-day delay requirement under the Congressional Review Act. *See* 5 U.S.C. § 801(a)(3)(A). DOL transmitted a notice to this effect to the Office of the Federal Register, which will promptly publish the new operative date for the H-2B rule in the print edition of the *Federal Register*. DOL also plans to notify the public of the new operative date on the agency's website.

Although the new H-2B comprehensive rule may have an "effective date" of April 23, 2012, DOL cannot make the rule operative until the relevant time period has run under the Congressional Review Act.  *See Liesegang v. Secretary of Veterans Affairs*, 312 F.3d 1368, 1375 (Fed. Cir. 2002).  Therefore, DOL will not apply the new H-2B comprehensive rule until April 27, 2012.  The new rule will only apply to applications postmarked on or after April 27, 2012.

Respectfully submitted this 18th day of April, 2012:

        STUART F. DELERY
        Acting Assistant Attorney General

        COLIN KISOR
        Deputy Director

By:    /s/ Geoffrey Forney
        GEOFFREY FORNEY
        Senior Litigation Counsel
        United States Department of Justice
        District Court Section
        Office of Immigration Litigation
        450 5th Street, NW
        Washington, DC 20001
        202-532-4329; geoff.forney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, I electronically filed the foregoing STATUS REPORT with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the following attorney of record:

ROBERT PHILLIP CHARROW
GREENBERG TRAURIG LLP
2101 L ST NW, STE 1000
WASHINGTON, DC 20037
charrowr@gtlaw.com

/s/ Geoffrey Forney
GEOFFREY FORNEY
Senior Litigation Counsel
United States Department of Justice