IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BAYOU LAWN & LANDSCAPE
SERVICES, et al.,

        Plaintiffs,

v.                                  Case No. 3:12cv183/MCR/CJK

HILDA L. SOLIS, et al.,

        Defendants.
_____/

## O R D E R

This cause is before the court upon Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.  (Doc. 2).  Also pending in this matter is a Motion to Intervene as Party Defendants.  (Doc. 16).  The parties shall appear before the court for hearing on the preliminary relief requested on **Tuesday, April 24, 2012, at 2:00 PM (C.D.T.), at the United States District Court, 1 North Palafox Street, Courtroom 5, Pensacola**, **Florida**.  The court will also hear argument on the motion to intervene.  The time allotted is three hours.

**DONE and ORDERED** on this 20th day of April, 2012.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**