IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BAYOU LAWN & LANDSCAPE
SERVICES, et al.,

    Plaintiffs,

v.                                Case No. 3:12cv183/MCR/CJK

HILDA L. SOLIS, et al.,

    Defendants.
_____/

## ORDER

This matter is scheduled for a hearing on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction as well as a Motion to Intervene as Party Defendants on Tuesday, April 24, 2012.  Upon review of the docket, the court noted that the proposed intervenors filed a motion to dismiss or, alternatively, to transfer venue.  <u>In the event that time permits</u>, the court also will hear argument on the motion to dismiss or to transfer venue at the April 24 hearing.

**DONE and ORDERED** on this 23rd day of April, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**