# United States District Court

## CIVIL MINUTES - GENERAL

Time Commenced: 2:05 pm         Case # 3:12cv183/MCR/CJK
Time Concluded: 4:37 pm         Date: April 24, 2012

**DOCKET ENTRY: Motion Hearing**

Argument heard re: Motion for Temporary Restraining Order and Preliminary Injunction [#2], Motion to Intervene [#16] and Motion to Dismiss or Alternatively Transfer Venue [#19]. Court issues an oral order that the other Bayou case #3:11cv445/MCR/EMT be unsealed. Dft (Forney) will notify chambers by 12:00 noon on 4/25/2012 re: consent to a TRO. Order to follow.

PRESENT: HONORABLE **M. CASEY RODGERS**, CHIEF JUDGE    Susan Simms         Donna Boland
                                                        Deputy Clerk        Court Reporter

Style of Case: **Bayou Lawn & Landscape Services, et al v. Hilda Solis, et al**

Attorneys present for plaintiffs (pla):   Robert Charrow, Laura Klaus and Wendel Hall

Attorneys present for defendants (dft):   Geoffrey Forney

Attorneys present for intervenor-defendants (inv-dft):  Kristi Graunke, Meredith Stewart and Gregory Schell

## PROCEEDINGS:

| Time | Event |
|---|---|
| 2:05 pm | Court in Session - Introduction of Counsel |
|  | Court reviews case |
| 2:11 | Pla (Charrow) argues motion for preliminary injunction [#2]; Court inquiry; counsel responds |
| 2:51 | Dft (Forney) argues response |
| 3:36 | Inv-Dft (Graunke) argues response |
| 3:39 | Pla (Charrow) replies |
| 3:53 | Court inquiry re: consolidation with case #3:11cv445/MCR; Dft (Forney) responds |
| 3:54 | Court states the cases will not be consolidated and will be left separate |
| 3:55 | Pla (Charrow) requests case 3:11cv445/MCR be unsealed; Dft (Forney) agrees |
| 3:56 | Court issues an **oral order that the other Bayou case 3:11cv445/MCR be unsealed** |
| 3:57 | Court discussion with counsel re: entering a TRO for 20 days; counsel respond |
| 4:08 | Dft (Forney) needs to confer w/client and will contact chambers by noon tomorrow re: consent to TRO |
| 4:10 | Inv-Dft (Graunke) argues motion to intervene [#16]; Court inquiry; counsel responds |
| 4:26 | Inv-Dft (Graunke) argues motion to dismiss and/or transfer venue [#19]; Court inquiry; Pla (Klaus) responds; Inv-Dft (Graunke) replies; Court responds |
| 4:36 | Court will enter a written order |
| 4:37 | Court adjourned |

Filed in Open Court

4-24-2012

Initials of Deputy Clerk sps